UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN LINNE SMITH,<br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>Defendant. | C.A. No. 14-13375-GAO |

## ORDER ENTERING JUDGMENT
## UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH VOLUNTARY REVERSAL AND REMAND TO THE COMMISSIONER OF SOCIAL SECURITY

The Court hereby allows Defendant's Assented-to Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand to the Defendant. This action is hereby reversed and remanded to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Commissioner will instruct the ALJ to: (1) evaluate the impairments under the appropriate Listings at step three; (2) give further consideration to the plaintiff's maximum residual functional capacity during the entire period at issue, and provide a rationale with specific references to the evidence of record in support of the assessed limitations; (3) further evaluate the medical source opinions of Harris Faigel, M.D., and Jane Metcalf, Ph.D., contained in Exhibit 3A; and (4) take any steps necessary to fully develop the administrative record and to obtain additional medical expert testimony, if necessary. Additionally, the ALJ will give the plaintiff an opportunity for a new hearing and to submit additional evidence.

SO ORDERED this 4th day of May, 2015.

/s/ George A. O'Toole, Jr.
GEORGE A. O'TOOLE
UNITED STATES DISTRICT JUDGE